### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE SEBASTIAN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JOE BIDEN, et al., ) <br> ) <br> Respondents. ) | NO. CIV-24-0055-HE |

## **ORDER**

Petitioner George Sebastian, a state prisoner proceeding *pro se*, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. On March 29, 2024, Judge Mitchell issued a Report and Recommendation recommending the court dismiss petitioner's petition for writ of habeas corpus for failure to exhaust his state-court remedies. Petitioner was advised of his right to object to the Report and Recommendation by April 19, 2024. No objection has been filed. Petitioner has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #9] and **DISMISSES** the § 2254 petition for writ of habeas corpus without prejudice for failure to exhaust state-court remedies.

**IT IS SO ORDERED**.

Dated this 29th day of April, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE